United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 28, 2025

Nathan Ochsner, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| **CHRISTOPHER R. MURRAY,** | § | |
| **CHAPTER 7 TRUSTEE** | § | **Adv. No. 25-03420** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **RCGJ, LLC AND DAVID R. JONES, AS** | § | |
| **TRUSTEE OF THE ALEXANDER E. JONES** | § | |
| **DESCENDANT AND BENEFICIARY TRUST** | § | |
| **Defendants.** | § | |

### STIPULATION AND AGREED ORDER EXTENDING ANSWER DEADLINE

This Stipulation and Agreed Order ("Stipulation and Agreed Order") is made by and between Christopher R. Murray, Chapter 7 Trustee for the Bankruptcy Estate of Alexander E. Jones ("Trustee") and Defendants RCGJ, LLC and David R. Jones, as Trustee of The Alexander E. Jones Descendant and Beneficiary Trust (together, the "Defendants") in the above-captioned case:

**WHEREAS**, on June 13, 2025 the Trustee filed this Adversary Complaint (Dkt #1) against Defendants.

**WHEREAS**, on June 20, 2025 the Summons for Defendants were issued (Dkt #3).

**WHEREAS**, on June 27, 2025 Trustee's Counsel filed the Summons Return of Service for Defendants stating that the Complaint was mailed to Defendants on June 24, 2025 (Dkt #4-5).

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND SO ORDERED:**

1. The deadline for Defendants RCGJ, LLC and David R. Jones, as Trustee of The Alexander E. Jones Descendant and Beneficiary Trust to file an answer or motion to dismiss is August 15, 2025.

2. In exchange for the Trustee's agreement to extend the response deadline as provided herein, the Defendants agree to waive any defects, issues or defenses related to service of the Summons and Adversary Complaint.

**THE FOREGOING STIPULATION IS SO ORDERED:**

Signed:  July 28, 2025

Christopher Lopez
United States Bankruptcy Judge

Dated: July 25, 2025

/s/ Shelby A. Jordan
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
Jordan & Ortiz, P.C.
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX 78401
Telephone: (361) 884-5678
Facsimile: (361) 888-5555
Email: sjordan@jhwclaw.com
aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**COUNSEL FOR ALEXANDER E. JONES AND RELATED TRUST**

Ben C. Broocks
State Bar No. 03058800
Federal Bar No. 94507
William A. Broocks

St. Bar No. 24107577
Federal Bar No. 3759653
BROOCKS LAW FIRM P.L.L.C.
248 Addie Roy Road, Suite B301
Austin, Texas 78746
Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEXANDER E. JONES AND RELATED TRUST**

*/s/ Alan Daughtry*
Alan Daughtry
Federal Bar No.: 27989
State Bar of Texas No.:  00793583
3355 W. Alabama, Suite 444
Houston, Texas  77098
Tel: (281) 300-5202
Fax: (281) 404-4478
alan@alandaughtrylaw.com
**COUNSEL FOR DAVID TRUSTEE, INDIVIDUALLY AND RELATED TRUST**

*/s/ Joshua Wolfshohl*
Joshua W. Wolfshohl (Bar No. 24038592)
Michael B. Dearman (Bar No. 24116270)
Jordan T. Stevens (Bar No. 24106467)
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jwolfshohl@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com

and

Erin E. Jones (TX 24032478)
JONES MURRAY LLP
602 Sawyer Street, Suite 400
Houston, Texas 77007
Telephone: (832) 529-1999
Fax: (832) 529-3393
erin@jonesmurray.com
**Counsel for Christopher R. Murray, Chapter 7 Trustee**