UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ALEXANDER E. JONES | § | Case No. 22-33553 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| CHRISTOPHER R. MURRAY, | § | |
| CHAPTER 7 TRUSTEE | § | Adv. No. 25-03420 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| RCGJ, LLC AND DAVID R. JONES, AS | § | |
| TRUSTEE OF THE ALEXANDER E. JONES | § | |
| DESCENDANT AND BENEFICIARY TRUST | § | |
| Defendants. | § | |

**LIMITED RESPONSE TO WITHDRAWAL OF THE REFERENCE
<u>AND RESERVATION OF RIGHTS</u>**
**(Relates to Docket No. 9)**

RCGJ, LLC and David R. Jones (the "***Defendants***") included a one-paragraph, purported motion to withdraw the reference in the answer. Docket No. 9, ¶ 54. To the extent the Defendants have made a proper motion for withdrawal of the reference, the Trustee acknowledges there are some causes of action in the Complaint (Docket No. 1) that, at the time of trial, would entitle the Defendants to a trial by jury. Withdrawal of the reference would be appropriate at that point. The Trustee does not oppose retention of pretrial matters by the bankruptcy court. The Trustee reserves all rights to amend or supplement this response.

1

17529369

Dated: September 5, 2025
      Houston, Texas

                        Respectfully submitted,

By:   */s/ Erin E. Jones*
       Erin E. Jones (TX 24032478)
       JONES MURRAY LLP
       602 Sawyer Street, Suite 400
       Houston, Texas 77007
       Telephone: (832) 529-1999
       Fax: (832) 529-3393
       erin@jonesmurray.com

       and

       Joshua W. Wolfshohl (Bar No. 24038592)
       Michael B. Dearman (Bar No. 24116270)
       Jordan T. Stevens (Bar No. 24106467)
       PORTER HEDGES LLP
       1000 Main Street, 36th Floor
       Houston, Texas 77002
       Telephone: (713) 226-6000
       Facsimile: (713) 226-6248
       jwolfshohl@porterhedges.com
       mdearman@porterhedges.com
       jstevens@porterhedges.com

       **Counsel for Christopher R. Murray, Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

    This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on September 5, 2025.

                                      */s/ Erin E. Jones*
                                      Erin E. Jones

17529369