UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **ALEXANDER E. JONES** | § | **Case No. 22-33553 (CML)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| | § | |
| **CHRISTOPHER R. MURRAY,** | § | |
| **CHAPTER 7 TRUSTEE** | § | **Adv. No. 25-03420** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **RCGJ, LLC AND DAVID R. JONES, AS** | § | |
| **TRUSTEE OF THE ALEXANDER E. JONES** | § | |
| **DESCENDANT AND BENEFICIARY TRUST** | § | |
| **Defendants.** | § | |

## NOTICE OF CHANGE OF ADDRESS

Shelby A. Jordan and Antonio Ortiz of Jordan & Ortiz, PC respectfully file this Notice of

Change of Address.  The new business address for Jordan & Ortiz, P.C. is as follows:

Shelby A. Jordan
Texas Bar No. 11016700; S.D. No. 2195
Antonio Ortiz
Texas Bar No. 24074839;  SD. No. 1127322
**JORDAN & ORTIZ, P.C.**
248 Addie Roy Road, B301
Austin, Texas 78746
Email: sjordan@jhwclaw.com
Copy to: cmadden@jhwclaw.com

The telephone and fax numbers will remain the same.  Therefore, all orders, notices, and

other correspondence from the Court and all parties should be directed to this new address.

Dated: May 28, 2026

Respectfully submitted,

*/s/ Shelby A. Jordan*
SHELBY A. JORDAN
State Bar No. 11016700
S.D. No. 2195
ANTONIO ORTIZ
State Bar No. 24074839
S.D. No. 1127322
***Jordan & Ortiz, P.C.***
500 North Shoreline Blvd., Suite 804
Corpus Christi, TX  78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555
Email:  sjordan@jhwclaw.com
          aortiz@jhwclaw.com
Copy to: cmadden@jhwclaw.com
**COUNSEL FOR INTERESTED PARTY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was sent on May 28, 2026 to all parties registered to receive electronic notices of filings in this case via the Court's ECF notification system.

/s/ Shelby A. Jordan
Shelby A. Jordan